# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | | |
|---|---|---|
| 21st MORTGAGE CORPORATION, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Case No. CV-08-CO-0534-W |
| | § | |
| MINTON INDUSTRIES, INC. d/b/a | § | |
| MINTON'S HOME CENTER; | § | |
| RODNEY MINTON; TERRI | § | |
| HARMON; and SILVER RUN | § | |
| ENTERPRISES, LLC; et al., | § | |
| | § | |
| Defendants. | § | |

## MOTION TO DISMISS SILVER RUN

COMES NOW the Plaintiff, 21st Mortgage Corporation, by and through its undersigned counsel, and hereby files this Motion to Dismiss Defendant, Silver Run Enterprises, LLC, with prejudice, pursuant to an agreement between the parties that these claims be dismissed.

/s/ Jeffrey C. Smith
**Jeffrey C. Smith** (ASB-0231-H69J)
Attorney for Plaintiff

OF COUNSEL
Rosen Harwood, P.A.
2117 Jack Warner Parkway
Post Office Box 2727
Tuscaloosa, AL 35403
(205) 344-5000

## CERTIFICATE OF SERVICE

      This is to certify that I have this day served the following counsel with a copy of the foregoing pleading through the U. S. Postal Service by depositing a copy of same in a pre-addressed envelope with adequate postage prepaid thereon and properly addressed to them or via the Court's electronic filing system on this the 18th day of December 2008.

TO:    Harry P. Long
*Attorney for Silver Run Enterprises, LLC*
P. O. Box 1468
Anniston, AL  36202

Charles Rice
*Attorney for Minton Defendants*
RICE, ADAMS, UNDERWOOD & ASSOCIATES
P. O. Box 1165
Anniston, AL  36202

Eddie Leitman
*Attorney for Minton Defendants*
LEITMAN, SIEGAL & PAYNE, P.C.
600 N. 20th Street, Suite 400
Birmingham, AL  35203

                        */s/ Jeffrey C. Smith*
                        **Jeffrey C. Smith**

i:\jeff\21st mortgage\minton-silver run\pleadings\word docs\motion to dismiss silver run.doc