FILED

2009 Nov-19  AM 11:33
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| 21ST MORTGAGE CORPORATION, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) |
| | ) |
| | ) CIVIL ACTION NO. 07:08-cv-00534- |
| MINTON INDUSTRIES, INC., et al. | ) LSC |
| | ) |
| Defendants. | ) |

**PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL**

COMES NOW the Plaintiff, **21st Mortgage Corporation**, by and through is attorney

of record, and moves the Court to enter a order dismissing **Minton Industries, Inc. d/b/a**

**Minton Home Centers, Rodney Minton, and Terri Harmon,** and this entire lawsuit,

with prejudice, with each party to bear their own costs and expenses.

Done this _____*19 th*_____ day of ___*November*___, 2009

_____
Jeffrey C. Smith
Attorney for Plaintiff

OF COUNSEL:

Rosen Harwood, P.A.
Post Office Box 2727
Tuscaloosa, AL  35403

## CERTIFICATE OF SERVICE

I hereby certify that I have on this _19th_ day of November, 2009, served a copy of the foregoing pleading on counsel for all parties to this proceeding by mailing same in the U.S. Mail properly addressed and first class postage prepaid to:

John M. Bergquist
Parsons, Lee & Juliano, P.C.
P O Box 530630
Birmingham, AL  35253-0630

Eddie Leitman
Hubert Taylor
Leitman, Siegal & Payne, P.C.
600 North 20th Street, Suite 400
Birmingham, AL 35203

Jeffrey C. Smith
Rosen Harwood, P.A.
2117 Jack Warner Parkway
P.O. Box 2727
Tuscaloosa, AL 35403

Harry P Long
P.O. Box 1468
Anniston, AL 36202

OF COUNSEL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | | |
|---|---|---|
| 21ST MORTGAGE CORPORATION, | ) | |

21ST MORTGAGE CORPORATION,　　　　）
　　　　　　　　　　　　　　　　　　　　　）
　　　　Plaintiffs,　　　　　　　　　　　　）
　　　　　　　　　　　　　　　　　　　　　）
vs.　　　　　　　　　　　　　　　　　　　）
　　　　　　　　　　　　　　　　　　　　　）　CIVIL  ACTION  NO.  07:08-cv-00534-
MINTON INDUSTRIES, INC., et al.　　　　）　LSC
　　　　　　　　　　　　　　　　　　　　　）
　　　　Defendants.　　　　　　　　　　　）

## FINAL ORDER OF DISMISSAL

PURSUANT to Plaintiffs' Motion for Dismissal, it is hereby **ORDERED, ADJUDGED**

**and DECREED** that this suit is hereby dismissed with prejudice, each party to bear their

own costs.


**DONE and ORDERED** this the _____ day of _____, 2009.



　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　District Court Judge



cc:　　All Parties and Counsel of Record