FILED
2009 Nov-20 PM 02:51
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| 21ST MORTGAGE CORPORATION, ] | |
| ] | |
| Plaintiff, ] | |
| ] | |
| vs. ] | 7:08-CV-0534-LSC |
| ] | |
| MINTON INDUSTRIES, INC., et al., ] | |
| ] | |
| Defendant. ] | |

## ORDER

The Court has been advised that the above-entitled case has been settled. Therefore, this case is DISMISSED with prejudice. Any party may, for good cause shown, reopen the action within thirty (30) days from the date of this Order. Costs are taxed as paid.

Done this 20th day of November 2009.

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE